AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Antonio Colello<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:24-mj-00166<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/9/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,<br>18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds,<br>40 U.S.C. § 5104(e)(2)(D)-Disorderly or Disruptive Conduct in the Capitol Grounds or Building,<br>40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/9/2024__                                         _____
                                                              *Judge's signature*

City and state: __Washington, D.C.__          Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*