AO 442 (Rev. 11/11) Arrest Warrant

FD 1167197

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00166 |
| Antonio Colello | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/9/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Antonio Colello__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D)-Disorderly or Disruptive Conduct in the Capitol Grounds or Building;
40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building.

2024.05.09 11:51:36 -04'00'

Date: __05/9/2024__

*Issuing officer's signature*

City and state: __Washington, D.C.__  __Robin M. Meriweather, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __5/9/24__, and the person was arrested on *(date)* __5/13/24__
at *(city and state)* __Harrisburg, PA__.

Date: __5/13/24__

*Arresting officer's signature*

JenaMarie Baldano
*Printed name and title*