AO 442 (Rev. 11/11) Arrest Warrant

FD 1167197

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00166 |
| Antonio Colello | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/9/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                                            Antonio Colello                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D)-Disorderly or Disruptive Conduct in the Capitol Grounds or Building;
40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/9/2024

2024.05.09
11:51:36
-04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/9/24 , and the person was arrested on *(date)* 5/13/24
at *(city and state)* Harrisburg, PA

Date: 5/13/24

*Arresting officer's signature*

JenaMarie Baldano
*Printed name and title*

## MINUTE SHEET OF PROCEEDINGS HELD BEFORE
## DARYL F. BLOOM, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| USA v. | Antonio Colello | CRIMINAL NO. | 1:24-MJ-0037 |
|---|---|---|---|

| Courtroom No. 5 | Date | 5/13/2024 | Time Commenced | 9:30 a.m. | Time Terminated | 9:50 a.m. |
|---|---|---|---|---|---|---|

| **Charging Document**: | | Indictment | | Information | | Petition for Revocation | X | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|
| | X | Felony | | Misdemeanor | | Petty Offense | | |

| **Nature of Hearing:** | Initial Appearance – Rule 40 |
|---|---|
| **Gov't Counsel**: | Ravi Sharma, AUSA |
| **Defense Counsel**: Jerry J. Russo, Esq. | Retained ( X )  CJA ( )  FPD ( ) |
| **Interpreter:** | |

| X | Defendant Advised of Rights, Charges, Penalties | X | Defendant Requests Court Appointed Counsel | Appointed   Yes X   NO ☐ |
|---|---|---|---|---|

| X | Plea Entered | | Guilty | | Not Guilty | Sentencing Deferred Pending PSI |
|---|---|---|---|---|---|---|

| | Jury Selection/Trial Scheduled For: | |
|---|---|---|
| | Preliminary Examination Scheduled For: | |
| | Detention Hearing and/or Arraignment | |

**REMARKS**: Court opened and case called. Defendant appeared with standby counsel. Defendant informed of rights, charges and penalties. Defendant waives formal reading of the Criminal Complaint. Brady Notice read aloud. Defendant released on conditions of release pending appearance in D.C. Counsel may keep copies of the bail reports. Next case called.

Court Reporter:   Wes Armstrong ( )    Lori Shuey ( )    Wendy Yinger ( )
Digitally Recorded (X)
Courtroom Deputy:  **Kevin J. Neary**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIM. NO. 1:24-MJ-0037-01 |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **ANTONIO COLELLO** | : | |

# O R D ER

Pursuant to the October 21, 2020 amendment to Rule 5 of the Federal Rules of Criminal Procedure the Court provides the prosecution and defense counsel with the following notice that confirms the disclosure obligation of the prosecution under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose exculpatory information to the defense in the above-captioned case.

Under Brady the prosecution must produce material evidence in its possession custody or control favorable to the accused. This obligation to produce favorable evidence includes both exculpatory evidence and information which may impeach government witnesses when that evidence is material either to guilt or punishment.

Such disclosures must be made in a timely manner in order to allow the use of the exculpatory information in the defense of the case.

The failure to comply with this due process obligation may result in

1

dismissal of charges, exclusion of evidence, adverse inference jury instructions, contempt proceedings or sanctions against counsel.

So ordered this 10th day of May 2024.

*S/Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAY 13 2024
PER _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:24-mj-00037-DFB-1 |
| ANTONIO COLELLO | ) | |
| | ) | Charging District's Case No.   1:24-MJ-00166 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/13/2024

*Defendant's signature*

*Signature of defendant's attorney*

Enny J. Russo

*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release     Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAY 13 2024
PER _____ KJW
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| ANTONIO COLELLO | ) Case No. 1:24-mj-00037-DFB-1 |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __BY ZOOM - ADDRESS PROVIDED IN WRITING TO DEFENDANT__
*Place*

on __05/23/2024 @ 12:30 P.M.__
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 10/20) Additional Conditions of Release                                                                 Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                     Custodian                              Date

(☒) (7) The defendant must:
  (☒) (a) submit to supervision by and report for supervision to the  Pre-Trial Services Office ,
          telephone number   717-901-2860   , no later than _____.
  (☒) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  (☒) (d) surrender any passport to:  **PRETRIAL SERVICES**
  (☒) (e) not obtain a passport or other international travel document.
  (☒) (f) abide by the following restrictions on personal association, residence, or travel:  **TRAVEL RESTRICTED TO MDPA, EDPA & WDPA FOR WORK & DC, MD & VA FOR COURT PROCEEDINGS**
  ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

  ( ) (h) get medical or psychiatric treatment: _____

  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (☒) (k) not possess a firearm, destructive device, or other weapon.
  (☒) (l) not use alcohol ( ) at all ( ☒ ) excessively.
  (☒) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (☒) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
       ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
       Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
  ( ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ) (ii) Voice Recognition; or
- ( ) (iii) Radio Frequency; or
- ( ) (iv) GPS.

( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☒) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ) (t) _____

AO 199C (Rev. 09/08) Advice of Penalties                                                                                             Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*[Signature]*

*Address and Telephone Number*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 05/13/2024                              *[Signature]*
                                                         *Judicial Officer's Signature*

                                              Daryl F. Bloom, U.S. Magistrate Judge
                                                         *Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAY 13 2024
PER _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-mj-00037-DFB-1 |
| | ) | |
| ANTONIO COLELLO | ) | Charging District: District of Columbia |
| Defendant | ) | Charging District's Case No. 1:24-MJ-00166 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court - District of Columbia, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Ave, NW, Washington, DC 20001 | Courtroom No.: Zoom Hearing - Mag Judge Harvey |
|---|---|
| | Date and Time: 5/23/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 05/13/2024

_____
Judge's signature

Daryl F. Bloom, United States Magistrate Judge
*Printed name and title*

\*\*Zoom Link information attached

May 23rd, at 12:30 pm EST, before

> **MJ G. MICHAEL HARVEY**
> ZOOM info:
>
> https://uscourts-dcd.zoomgov.com/j/1600140355?pwd=VTlkQ0ZEVmJOTVN3bmUwS05nZndZQT09
> Meeting ID: 160 014 0355
> Passcode: 634244

CLOSED

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:24–mj–00037–DFB All Defendants
# *SEALED*
## *Internal Use Only*

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 05/10/2024 |
| | Date Terminated: 05/13/2024 |

Assigned to: Magistrate Judge Daryl F. Bloom

**Defendant (1)**

| | | |
|---|---|---|
| **Antonio Colello**<br>*TERMINATED: 05/13/2024* | represented by | **Jerry J. Russo**<br>Tucker Arensberg, P.C.<br>300 Corporate Center Drive<br>Suite 200<br>Camp Hill, PA 17011<br>717–234–4121<br>Fax: 717–232–6802<br>Email: jrusso@tuckerlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.F – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ravi R. Sharma**<br>DOJ–USAO<br>Sylvia Rambo United States Courthouse<br>1501 North 6th Street, 2nd Floor<br>P.O. Box 202<br>Harrisburg, PA 17102<br>717–221–4482 |

Email: ravi.sharma@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2024 | 1 | SEALED CRIMINAL COMPLAINT with Affidavit of Agent from District of Columbia as to Antonio Colello (1). (Attachments: # 1 Affidavit, # 2 Arrest Warrant – District of Columbia, # 3 Sealing Order) (kjn) (Entered: 05/10/2024) |
| 05/13/2024 | | Arrest (Rule 40) of Antonio Colello. (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | 2 | (Court only) Minute Entry for proceedings held before Magistrate Judge Daryl F. Bloom:Initial Appearance in Rule 40 Proceedings as to Antonio Colello held on 5/13/2024. (Tape #Digitally Recorded – Saved to Network Drive.)Total Time in Court [:20] (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | 3 | RULE 5 NOTICE re: Brady disclosure obligations as to defendant Antonio Colello. Signed by Magistrate Judge Daryl F. Bloom on May 13, 2024. (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | 4 | WAIVER of of Identity, Preliminary, and Detention Hearing by Antonio Colello. (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | 5 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Antonio Colello. Date and Time set for 5/23/2024 12:30 PM.Signed by Magistrate Judge Daryl F. Bloom on May 13, 2024. (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | 6 | Sealed Document – Unredacted OSCR. (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | 7 | ORDER Setting Conditions of Release as to Antonio Colello. Signed by Magistrate Judge Daryl F. Bloom on May 13, 2024. (kjn) (Entered: 05/13/2024) |
| 05/13/2024 | | (Court only) ***Case Terminated as to Antonio Colello. Transfer Document e−mailed to USDC − District of Columbia. (kjn) (Entered: 05/13/2024) |