UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 24-mj-166** |
| v. | : | |
| | : | |
| **ANTONIO COLELLO,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUION OF COUNSEL

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Pavan S. Krishnamurthy will be substituting for Assistant United States Attorney Eric Boylan in the above-captioned matter.

Respectfully submitted,

DATED: September 10, 2024

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Pavan S. Krishnamurthy*
Pavan S. Krishnamurthy
D.C. Bar No. 252831
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
(202) 252-7862
pavan.krishnamurthy@usdoj.gov